# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD STOLZ,<br><br>          Plaintiff(s),<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>          Defendant(s). | Case No. 2:14-cv-02060-RFB-NJK<br><br>ORDER RE: MOTION TO WITHDRAW<br><br>(Docket No. 10) |

      Pending before the Court is Plaintiff's counsel's motion to withdraw. Docket No. 10. The Court hereby **SETS** a hearing on the motion for February 9, 2015, at 11:00 a.m. in Courtroom 3A. Plaintiff and Plaintiff's current counsel shall appear at the hearing in person. Any newly retained counsel shall also appear in person. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS. No later than January 30, 2015, Plaintiff's current counsel of record shall serve Plaintiff with this order and shall file a proof of service. Any response shall be filed no later than February 4, 2015.

      IT IS SO ORDERED.

      DATED: January 26, 2015

                                          _____
                                          NANCY J. KOPPE
                                          United States Magistrate Judge