# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD STOLZ,<br><br>      Plaintiff(s),<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>      Defendant(s). | Case No. 2:14-cv-02060-RFB-NJK<br><br>NOTICE TO COUNSEL |

  The Court has set a hearing on Plaintiff's counsel's motion to withdraw.  *See* Docket No. 11. The Court has now received a declaration from Plaintiff's counsel indicating that Plaintiff does not intend to appear at that hearing and stating cryptically that counsel instructed Plaintiff to make the Court aware of "his reasons" and seek accommodation.  *See* Docket No. 13 at 2.  The Court reminds counsel that he remains counsel of record and Plaintiff's representative in this case unless and until a motion to withdraw is granted.  If Plaintiff is unavailable on the date set for the hearing, would like to appear telephonically, or otherwise requests relief from the Court's order that he appear personally on the selected date, Plaintiff's counsel should file a request with the Court so indicating.

  IT IS SO ORDERED.

  DATED:   January 30, 2015

                     _____
                     NANCY J. KOPPE
                     United States Magistrate Judge