UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD STOLZ,<br><br>        Plaintiff(s),<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>        Defendant(s). | Case No. 2:14-cv-02060-RFB-NJK<br><br>ORDER<br><br>(Docket No. 35) |

    Pending before the Court is a stipulation to extend time for Plaintiff to respond to Defendant's discovery requests. Docket No. 35. Parties may stipulate to discovery extensions without Court approval so long as the stipulation does not interfere with any deadlines set by the Court. *See* Fed. R. Civ. P. 29. The pending stipulation does not indicate that it impacts any Court-ordered deadlines. Accordingly, Court approval is not required and the stipulation is hereby STRICKEN from the docket.

    IT IS SO ORDERED.

    DATED: May 21, 2015

                                              _____<br>
                                              NANCY J. KOPPE<br>
                                              United States Magistrate Judge