1 | ANDREW C. GREEN, ESQ.
Nevada Bar No. 9399
2 | DAVID M. GOULD. ESQ.
Nevada Bar No. 11143
3 | KOELLER NEBEKER CARLSON & HALUCK, LLP
4 | 300 S. Fourth St., Suite 500
Las Vegas, NV  89101
5 | Phone:  (702) 853-5500
Fax:  (702) 853-5599
6 | Attorneys for Defendant,
7 | SAFECO INSURANCE COMPANY OF AMERICA

8 | **UNITED STATES DISTRICT COURT**

9 | **DISTRICT OF NEVADA**

10 | EDWARD STOLZ, an individual,

      CASE NO.: 2:14−cv−02060−RFB-NJK

11 |       Plaintiff,

12 |       vs.

**STIPULATION AND ORDER TO EXTEND TIME FOR PARTIES TO FILE OPPOSITIONS TO MOTIONS FOR SUMMARY JUDGMENT**

13 | SAFECO INSURANCE COMPANY OF
AMERICA, a New Hampshire corporation;
14 | DOES I through X, ROE CORPORATIONS
XI through XX,
15 |

**[FIRST REQUEST]**

      Defendants

16 |

17 |       **COME NOW,** Plaintiff, EDWARD STOLZ, by and through his attorney of record,

18 | Matthew M. Pruitt, Esq., of the law firm of ALVERSON, TAYLOR, MORTENSEN &

19 | SANDERS and Defendant, SAFECO INSURANCE COMPANY OF AMERICA [hereinafter

20 | "Safeco], by and through its counsel of record, the law firm of KOELLER, NEBEKER,

21 | CARLSON & HALUCK, LLP, and hereby stipulate to extend the time for each to file its

22 | Opposition to the other's Motion for Summary Judgment in the above-entitled matter.

23 |       The parties filed dueling Motions for Summary Judgment on January 8, 2016.   Per

24 | Order of this Court, Oppositions to same are due to be filed today, Monday, February 1, 2016.

25 | Given press of business for counsel for the parties, it has been agreed that the time for the

26 | parties to file their Oppositions be extended by approximately two (2) weeks.  As such, the

27 |

28 |

1    parties hereby request an Order from this Court memorializing that Oppositions to each party's

2    Motion for Summary Judgment are now due by or before **Tuesday, February 16, 2016**.[1]

3

4    DATED this 1ˢᵗ day of February, 2016.      DATED this 1ˢᵗ day of February, 2016.

5    ALVERSON, TAYLOR, MORTENSEN      KOELLER, NEBEKER, CARLSON
       & SANDERS                                & HALUCK, LLP

6

7    By____/s/ *Matthew M. Pruitt*_____      By____ /s/ *David M. Gould*_____

8       MATTHEW M. PRUITT, ESQ.            DAVID M. GOULD, ESQ.
       Nevada Bar No. 12474                    Nevada Bar No. 11143

9       7401 W. Charleston Boulevard         300 South Fourth Street, Suite 500
       Las Vegas, Nevada 89117               Las Vegas, NV 89101

10      Attorneys for Plaintiff,                 Attorneys Defendant,

11      EDWARD STOLZ                        SAFECO INSURANCE COMPANY OF
                                            AMERICA

12

13                               **ORDER**

14

15        **IT IS HEREBY ORDERED** that the time for each party to file its Opposition to the

16    other party's Motion for Summary Judgment is extended until **Tuesday, February 16, 2016**.

17

18                       _____

19                       RICHARD F. BOULWARE, II
                        United States District Judge

20                       DATED:___February 4, 2016._____
   Respectfully submitted by,

21

22    KOELLER, NEBEKER, CARLSON
     & HALUCK, LLP

23

24    By____ /s/ *David M. Gould*_____

25       DAVID M. GOULD, ESQ.
       Nevada Bar No. 11143

26      300 South Fourth Street, Suite 500
       Las Vegas, NV 89101

27      Attorneys Defendant,

28      SAFECO INSURANCE COMPANY OF AMERICA

_____

[1] The parties have chosen the included date due to the fact Monday, February 15, 2016, is President's Day and, thus, a federal holiday.