ANDREW C. GREEN, ESQ.
Nevada Bar No. 9399
DAVID M. GOULD. ESQ.
Nevada Bar No. 11143
KOELLER NEBEKER CARLSON & HALUCK, LLP
300 S. Fourth St., Suite 500
Las Vegas, NV 89101
Phone: (702) 853-5500
Fax: (702) 853-5599
Attorneys for Defendant,
SAFECO INSURANCE COMPANY OF AMERICA

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD STOLZ, an individual, | CASE NO.: 2:14-cv-02060-RFB-NJK |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO EXTEND TIME FOR PARTIES TO FILE REPLIES TO MOTIONS FOR SUMMARY JUDGMENT |
| SAFECO INSURANCE COMPANY OF AMERICA, a New Hampshire corporation; DOES I through X, ROE CORPORATIONS XI through XX, | |
| Defendants | [FIRST REQUEST] |

**COME NOW,** Plaintiff, EDWARD STOLZ, by and through his attorney of record, Matthew M. Pruitt, Esq., of the law firm of ALVERSON, TAYLOR, MORTENSEN & SANDERS and Defendant, SAFECO INSURANCE COMPANY OF AMERICA [hereinafter "Safeco], by and through its counsel of record, the law firm of KOELLER, NEBEKER, CARLSON & HALUCK, LLP, and hereby stipulate to extend the time for each to file their Replies to one another's respective Motions for Summary Judgment filed in the above-entitled matter.

Each party filed their own Motion for Summary Judgment on January 8, 2016. Oppositions to the respective Motions were filed by the parties on February 16, 2016. (*See*, Court Documents Nos. 42, 43, 46 and 47, on-file herein). In an effort for potential informal settlement negotiations and mediation and/or a settlement conference, the parties have agreed to seek an extension of time to file their Replies, as indicated herein.

///

The parties' Replies are currently due by or before March 4, 2016. As such, the parties hereby request an Order from this Court memorializing that Replies to each party's Motion for Summary Judgment are now due by or before **Tuesday, May 3, 2016**.

DATED this 25th day of February, 2016.     DATED this 25th day of February, 2016.

ALVERSON, TAYLOR, MORTENSEN     KOELLER, NEBEKER, CARLSON
& SANDERS                                                       & HALUCK, LLP


By    /s/ Matthew M. Priutt                   By     /s/ David M. Gould
    MATTHEW M. PRUITT, ESQ.               DAVID M. GOULD, ESQ.
    Nevada Bar No. 12474                          Nevada Bar No. 11143
    7401 W. Charleston Boulevard            300 South Fourth Street, Suite 500
    Las Vegas, Nevada 89117                    Las Vegas, NV 89101
    Attorneys for Plaintiff,                          Attorneys Defendant,
    EDWARD STOLZ                                 SAFECO INSURANCE COMPANY OF
                                                              AMERICA

### ORDER

**IT IS HEREBY ORDERED** that the time for each party to file its Reply in support of the presently pending Motions for Summary Judgment (Court Documents Nos. 42, 43, 46 and 47, on-file herein) is extended until **Tuesday, May 3, 2016**. The parties will also submit a joint status report to this Court regarding any pending motions by **May 9, 2016**.

Respectfully submitted by,

KOELLER, NEBEKER, CARLSON
& HALUCK, LLP

By    /s/ David M. Gould
    DAVID M. GOULD, ESQ.
    Nevada Bar No. 11143
    300 South Fourth Street, Suite 500
    Las Vegas, NV 89101
    Attorneys Defendant,
    SAFECO INSURANCE COMPANY OF AMERICA

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 1st day of March, 2016.