1  ANDREW C. GREEN, ESQ.
   Nevada Bar No. 9399
2  DAVID M. GOULD. ESQ.
   Nevada Bar No. 11143
3  KOELLER NEBEKER CARLSON & HALUCK, LLP
4  300 S. Fourth St., Suite 500
   Las Vegas, NV  89101
5  Phone:  (702) 853-5500
6  Fax:  (702) 853-5599
   Attorneys for Defendant,
7  SAFECO INSURANCE COMPANY OF AMERICA

8              **UNITED STATES DISTRICT COURT**

9                **DISTRICT OF NEVADA**

10  EDWARD STOLZ, an individual,          )   CASE NO.: 2:14-cv-02060-RFB-NJK
                                          )
11            Plaintiff,                  )
                                          )
12       vs.                              )   **STIPULATION AND ORDER TO**
                                          )   **EXTEND TIME FOR PARTIES TO FILE**
13  SAFECO INSURANCE COMPANY OF           )   **REPLIES TO MOTIONS FOR**
    AMERICA, a New Hampshire corporation; )   **SUMMARY JUDGMENT**
14  DOES I through X, ROE CORPORATIONS    )
    XI through XX,                        )   **[SECOND REQUEST]**
15            Defendants                  )
                                          )
16  ────────────────────────────────────

17       **COME NOW**, Defendant, SAFECO INSURANCE COMPANY OF AMERICA

18  [hereinafter "Safeco"], by and through its counsel of record, the law firm of KOELLER,

19  NEBEKER, CARLSON & HALUCK, LLP, and Plaintiff, EDWARD STOLZ, by and through

20  his attorney of record, Matthew M. Pruitt, Esq., of the law firm of ALVERSON, TAYLOR,

21  MORTENSEN & SANDERS, and hereby stipulate to extend the time for each to file their

22  Replies to one another's respective Motions for Summary Judgment filed in the above-entitled

23  matter.

24       Each party filed their own Motion for Summary Judgment on January 8, 2016.

25  Oppositions to the respective Motions were filed by the parties on February 16, 2016. (*See*,

26  Court Documents Nos. 42, 43, 46 and 47, on-file herein). On March 1, 2016, this Court

27  granted the parties' Stipulation to extend time to file Replies to the respective Motions to

28  allow for potential informal settlement negotiations and mediation and/or a settlement

    conference. (*Se*, Court Document No. 49, on-file, herein).

1   The parties have diligently worked towards scheduling mediation in this matter.
2   However, unexpected scheduling concerns have made scheduling mediation more difficult
3   than anticipated. The parties are currently attempting to schedule mediation during the last
4   three (3) weeks of May 2016. As such, the parties have agreed to seek an additional extension
5   of time to file their Replies, as indicated herein.

6   The parties' Replies are currently due by or before May 3, 2016. As such, the parties
7   hereby request an Order from this Court memorializing that Replies to each party's Motion for
8   Summary Judgment are now due by or before **Friday, July 1, 2016**.

9

10  DATED this 12th day of April, 2016.     DATED this 12th day of April, 2016.

11  ALVERSON, TAYLOR, MORTENSEN        KOELLER, NEBEKER, CARLSON
12  & SANDERS                          & HALUCK, LLP

13

14  By   /s/ Matthew M. Pruitt          By   /s/ David M. Gould
        MATTHEW M. PRUITT, ESQ.             DAVID M. GOULD, ESQ.
15      Nevada Bar No. 12474               Nevada Bar No. 11143
        7401 W. Charleston Boulevard       300 South Fourth Street, Suite 500
16      Las Vegas, Nevada 89117            Las Vegas, NV 89101
        Attorneys for Plaintiff,           Attorneys Defendant,
17      EDWARD STOLZ                       SAFECO INSURANCE COMPANY OF
                                           AMERICA
18

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

    ///

## ORDER

**IT IS HEREBY ORDERED** that the time for each party to file its Reply in support of the presently pending Motions for Summary Judgment (Court Documents Nos. 42, 43, 46 and 47, on-file herein) is extended until **Friday, July 1, 2016**.  The parties will also submit a joint status report to this Court regarding any pending motions by **July 8, 2016**.

_____

RICHARD F. BOULWARE, II
United States District Judge
DATED:_____April 26, 2016._____

Respectfully submitted by,

KOELLER, NEBEKER, CARLSON
& HALUCK, LLP


By____/s/ David M. Gould_____
     DAVID M. GOULD, ESQ.
     Nevada Bar No. 11143
     300 South Fourth Street, Suite 500
     Las Vegas, NV 89101
     Attorneys Defendant,
     SAFECO INSURANCE COMPANY OF AMERICA